Robinette AMAKER, Plaintiff–
Appellant,

v.

KING COUNTY, a municipal corpora-
tion; Stanley Medical Research Insti-
tute, a foreign corporation; E. Fuller
Torrey, Defendants–Appellees.

No. 07–35241.

United States Court of Appeals,
Ninth Circuit.

March 25, 2009.

Stephen L. Bulzomi, Esquire, John R.
Christensen, Esquire, Jeremy Adam John-
ston, Esquire, Messina Bulzomi Christen-
sen, Tacoma, WA, for Plaintiff–Appellant.

June K. Campbell, Grant S. Degginger,
Lane Powell, PC, Seattle, WA, for Defen-
dants–Appellees.

D.C. No. CV–05–01470–MJP, Western
District of Washington, Seattle.

Before: RICHARD R. CLIFTON and
N. RANDY SMITH, Circuit Judges, and
BRIAN E. SANDOVAL,* District Judge.

## ORDER

Stipulated Motion to Withdraw Certifi-
cation and for Dismissal of Appeal, filed
March 9, 2009, is GRANTED.

The copy of this order served on the
district court shall act as and for the man-
date of this court.

---

* The Honorable Brian E. Sandoval, United
States District Judge for the District of Neva-